## Ex parte Edsel WAGGONER.

### No. 27654.

Court of Criminal Appeals of Texas.

May 25, 1955.

Raymond E. Ehrlich, Pharr, for appellant.

Dave Horger, Jr., First Asst. Dist. Atty., Edinburg, Leon Douglas, State's Atty., Austin, for the State.

MORRISON, Presiding Judge.

This is a companion case to Ex parte Melton, Tex.Cr.App., 279 S.W.2d 362. The issues presented in the two cases are identical, and our disposition of the Melton case is here controlling.

The relief prayed for is denied.